## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BEVERLY ROBERSON, an individual ) | |
| ) | |
| Plaintiff, ) | Case No. 15-CV-688-TCK-PJC |
| ) | |
| vs. ) | |
| ) | |
| THE TULSA JEWISH COMMUNITY ) | |
| RETIREMENT AND HEALTHCARE, ) | |
| CENTER, INC., ) | |
| ) | |
| Defendant. ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff Beverly Roberson and Defendant The Tulsa Jewish Community Retirement and Healthcare Center, Inc., (collectively "Parties"), by and through their respective attorneys of record, that the above styled cause of action, including all claims and affirmative defenses is hereby and herein dismissed pursuant to the Fed. R. Civ. P. Rules 41(a)(1)(A)(ii).

The Parties, by filing this Joint Stipulation of Dismissal with Prejudice advises the Court that all issues between the Parties to the present litigation have been fully and finally resolved and each Party will bear its own attorneys fees and costs.

/s/Daniel E. Smolen
Daniel E. Smolen, OBA #19943
SMOLEN, SMOLEN & ROYTMAN, PLLC
701 S. Cincinnati Avenue
Tulsa, Oklahoma 74119
(918) 585-2667 P
(918) 585-2669 F
**ATTORNEYS FOR PLAINTIFF**

/s J. Patrick Cremin
J. Patrick Cremin, OBA #2013

Jonathan L. Rogers, OBA #21341
Hall, Estill, Hardwick, Gable,
Golden & Nelson, P.C.
320 South Boston Avenue, Suite 200
Tulsa, OK 74103-3706
Telephone: (918) 594-0594
Facsimile: (918) 594-0505
Email: pcremin@hallestill.com
Email: jrogers@hallestill.com
**ATTORNEYS FOR DEFENDANT**